AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHARLES GERALD MCCRARY, JR.,

    Plaintiff,

v.

T.J. KIDDER, and GLYNN COUNTY SHERIFF'S OFFICE,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-cv-56

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated December 21, 2023, this case is dismissed and stands closed. Plaintiff is denied in forma pauperis status on appeal.

Approved by: *[signature]*

Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

December 22, 2023
Date



John E. Triplett, Clerk of Court
Clerk

*[signature]*
(By) Deputy Clerk

GAS Rev 10/1/03